UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | Case Number: | 20-01053 |
| ) | | |
| Timothy E. Hoerman ) | Chapter: | 11 |
| ) | | |
| ) | | Honorable Janet S. Baer |
| ) | | DuPage |
| Debtor(s) ) | | |

**AGREED ORDER RESOLVING OBJECTION TO CLAIM (DOCKET # 48)**

      This matter having come before the Court on the Debtor's Objection to Claim of Wells Fargo Bank, N.A. (the "Movant"), filed as Docket Number 48 by Timothy E. Hoerman (the "Debtor"), and the Movant's opposition thereto; due notice having been given; it appearing to the Court that the parties have agreed to a course of action for the protection of the Movant; and the Court being otherwise fully advised in the premises,

      IT IS HEREBY ORDERED THAT:

      1. A secured arrearage in the amount of $194,480.55 was listed in the Proof of Claim filed by the Movant on February 28, 2020 as Court Claim #2.

      2. The Movant agrees to waive $1,594.15 in pre-petition late fees, reducing its secured pre-petition arrearage to $192,886.40, consisting of $109,192.41 pre-petition principal and interest due, $15,687.50 pre-petition attorney fees/costs, $61,780.90 pre-petition escrow deficiency for funds advanced, and $8,364.84 projected escrow shortage less a suspense credit at filing of $2,139.25.

      3. The Movant shall file an Amended Proof of Claim within sixty (60) days of the date this order is entered.

      4. The Debtor's Objection to Claim is resolved and Debtor agrees no further objection or dispute will be filed pertaining to the above fees, costs, escrow, principal or interest due prior to filing.

Submitted By:

/s/Todd J Ruchman
Todd J Ruchman
Attorney for Creditor

/s/David P. Lloyd
David P. Lloyd
Attorney for Debtor

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 22, 2021

**Prepared by:**

Todd J. Ruchman (6271827)
Umair M. Malik (6304888)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com